COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
 IN
 RE: SHAWN MCCUAN,
  
                            Relator.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00442-CR
  
  
 AN ORIGINAL PROCEEDING  
  
 IN MANDAMUS
  
  
  
  
 
 




 

MEMORANDUM OPINION

 

Relator Shawn McCuan
seeks a writ of mandamus compelling the trial court to rule on his motion to
review the trial and appellate record for purposes of filing a petition for
writ of habeas corpus.  This Court does
not have jurisdiction over matters related to post-conviction writs of habeas
corpus.  See Ater
v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim.
App. 1991); In re McAfee, 53 S.W.3d 715, 718 (Tex. App.--Houston [1st
Dist.] 2001, orig. proceeding). 
Accordingly, the petition for writ of mandamus is dismissed.

 

SUSAN
LARSEN, Justice

October 23, 2003

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)